IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **FAUSTINO CUEVAS,** | : |
| Plaintiff, | : Civil Action Number: |
| vs. | : 2:14-cv-00067-JCF |
| **EL SOMBRERO MEXICAN RESTAURANT NO. 9, INC.** and **ARTURO GUZMAN,** | : |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of the instant case. Except as otherwise agreed, each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

**DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

**GOICO & BOLET, P.C.**

*s/ Albert J. Bolet, III*
Albert J. Bolet, III
Georgia Bar No. 065785

2021 North Druid Hills Road, N.E.
Suite 200
Atlanta, Georgia 30329
(404) 320-3456
(404) 320-3026 (facsimile)

3100 Centennial Tower  
101 Marietta Street, N.W.  
Atlanta, Georgia 30303  
CharlesBridgers@dcbflegal.com  
kevin.Fitzpatrick@dcbflegal.com  
O:  404-979-31560  
F:  404-979-3170  

**COUNSEL FOR PLAINTIFF**

abolet@goicobolet.com

**COUNSEL FOR DEFENDANTS**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| **FAUSTINO CUEVAS,** | : | |
| | : | |
| Plaintiff, | : | Civil Action Number: |
| | : | |
| vs. | : | 2:14-cv-00067-JCF |
| | : | |
| **EL SOMBRERO MEXICAN** | : | |
| **RESTAURANT NO. 9, INC.** and | : | |
| **ARTURO GUZMAN,** | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I certify that on March 22, 2016, I filed the parties' **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing to all attorneys of record.

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

**COUNSEL FOR PLAINTIFF**